UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 814 PENSION,
WELFARE & ANNUITY FUNDS,

                Plaintiff,

    v.

BDI, INC.,

                Defendant.

---

**ORDER OF DISCONTINUANCE**

CV-02-6487 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 1 2005 ★

BROOKLYN OFFICE

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                            SO ORDERED.

                            _____
                            NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
              May 9, 2005